**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7508**

_____

UNITED STATES OF AMERICA,

                             Plaintiff - Appellee,

        versus

BOBBY JARRELL,

                             Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CR-95-
139, CA-99-1095-MJG)

_____

Submitted:  February 24, 2000          Decided:  March 3, 2000

_____

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Bobby Jarrell, Appellant Pro Se.  Richard Charles Kay, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bobby Jarrell seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Jarrell, Nos. CR-95-139; CA-99-1095-MJG (D. Md. Sept. 13, 1999).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Although the district court's order is marked as "filed" on September 10, 1999, the district court's records show that it was entered on the docket sheet on September 13, 1999.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision.  See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2